UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:15-CR-108

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | ORDER AMENDING |
| v. : | ORDER SETTING |
| : | CONDITIONS OF RELEASE |
| ROBERT WARREN GREEN : | |
| Defendant : | |
| : | |

This matter comes before the Court upon the unopposed motion of defendant to amend the Order Setting Conditions of Release. For good cause shown, Robert W. Green's Motion to Amend the Order Setting Conditions of Release is hereby GRANTED and the Order Setting Conditions of Release regarding travel should now read that defendant's travel is restricted "to the Eastern District of North Carolina and outside of the Eastern District of North Carolina if otherwise approved by United States Probation."

SO ORDERED this the __7__ day of May 2015.

TERRENCE W. BOYLE
U.S. District Judge