UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:15-CR-108

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER ON** |
| v. | **MOTION TO AMEND ORDER** |
| ROBERT WARREN GREEN<br>Defendant | **FOR SURRENDER** |

This matter comes before the Court upon the unopposed motion of defendant to amend the Order For Surrender. For good cause shown, Robert W. Green's Motion to Amend the Order For Surrender is hereby GRANTED and the Order For Surrender should now read that the defendant's time to report to the Bureau of Prisons is extended to no sooner than 2:00 p.m. on 15 January 2016, with the understanding that the defendant may need to request additional time should doctors recommend a lengthy rehabilitation time or he undergoes open heart surgery.

SO ORDERED this the _10_ day of November 2015.

*Terrence Boyle*
TERRENCE W. BOYLE
U.S. District Judge